UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ICONIC IMAGES LTD.,

          Plaintiff,

-against-

MID-HUDSON GALLERIES LTD., et al.,

          Defendants.

**ORDER**

20-CV-07426 (PMH)

PHILIP M. HALPERN, United States District Judge:

      The Court has been informed that the parties have reached a settlement in principle in this case. (Doc. 42). Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five (45) days of this Order. Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELLED.

                                                          **SO ORDERED:**

Dated:  White Plains, New York
           December 1, 2021

                                                PHILIP M. HALPERN
                                                United States District Judge